# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Thermo Scientific Portable Analytical | ) |
|   Instruments Inc. f/k/a Ahura Scientific, Inc. | )    ASBCA Nos. 59764, 59765 |
| | ) |
| Under Contract No. W911NF-06-C-0147 | ) |

APPEARANCES FOR THE APPELLANT:     Kevin R. Pinkney, Esq.
                                         Christopher A. Bowen, Esq.
                                           Arent Fox LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                           DCMA Chief Trial Attorney
                                         Cara A. Wulf, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 180 days of the date of this Order.

Dated: 5 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59764, 59765, Appeals of Thermo Scientific Portable Analytical Instruments Inc. f/k/a Ahura Scientific, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2